UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID TIFFANY,<br><br>                Petitioner,<br>    v.<br>ROBERT LEGRAND, *et al.*,<br><br>                Respondents. | Case No. 3:13-cv-00682-MMD-VPC<br><br>ORDER |

On November 14, 2017, the Court granted petitioner leave to file a motion to amend his petition within thirty days of the Court's order. Petitioner has indicated that he will not be filing a motion to amend. (ECF No. 63.) Accordingly, it is ordered that respondents must file an answer to remaining grounds of the original petition in this action within thirty (30) days of the date of this order.

DATED THIS 29th day of November 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE