UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DAVID TIFFANY,<br><br>Petitioner,<br>v.<br><br>ROBERT LEGRAND, *et al.*,<br><br>Respondents. | Case No. 3:13-cv-00682-MMD-VPC<br><br>ORDER |

Good cause appearing, respondents' motion for enlargement of time (ECF No. 65) is granted. It is ordered that respondents will have up to and including January 4, 2018, within which to file an answer to the petition in this case.

DATED THIS 2nd day of January 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE