# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID TIFFANY,<br><br>Petitioner,<br>v.<br>ROBERT LEGRAND, *et al.*,<br><br>Respondents. | Case No. 3:13-cv-00682-MMD-VPC<br><br>ORDER |

Good cause appearing, petitioner's motion for an extension of time (ECF No. 68) is granted. Petitioner will have up to and including March 22, 2018, within which to file his reply to respondent's answer to petitioner's 28 U.S.C. § 2254 petition.

DATED THIS 25th day of January 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE