UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

DAVID TIFFANY,

Petitioner,

v.

ROBERT LE GRAND, *et al.*,

Respondents.

Case No. 3:13-cv-00682-MMD-CLB

ORDER

This closed habeas matter is before the Court on Petitioner David Tiffany's *pro se* motion to lift stay and abey and proceed with exhausted grounds (ECF No. 88) and motion for appointment of counsel (ECF No. 89).

This Court denied Tiffany's petition for writ of habeas corpus (ECF No. 2) on its merits and dismissed this action with prejudice in March 2019. (ECF No. 76.) The Court of Appeals for the Ninth Circuit affirmed that decision in August 2020. (ECF No. 90.) Accordingly, there are no grounds on which Tiffany may proceed.

It is therefore ordered that Petitioner David Tiffany's motion to lift stay and abey and proceed with exhausted grounds (ECF No. 88) and motion for appointment of counsel (ECF No. 89) are denied.

DATED THIS 2nd day of October 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE